

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00255-CV

_____

JON P. ROMER, JR., Appellant

V.

CITY OF FORT WORTH, TEXAS; AND CITY OF FORT WORTH CIVIL
SERVICE COMMISSION, Appellees

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-320393-20

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appeal," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 10, 2022